UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEXTRADE HOLDINGS, INC., a Florida
corporation,

      Plaintiff,

v.                                        CASE NO.: 8:03-CV-166-T-30-MAP

PROTRADER GROUP LP, et al.,

      Defendant.
_____/

## **ORDER**

Before the Court is Nextrade's motion to enforce protective order and motion for entry of sanctions (doc. 231) and ProTrader Defendants' response thereto (doc. 234). Essentially, Nextrade contends that counsel for the ProTrader Defendants violated the protective order previously entered in this case (doc. 25) by providing copies of documents designated as confidential to a Seattle attorney who filed them in a Northern District of California case and paraphrased them in a related case filed in this Court. In response, the ProTrader Defendants acknowledge their disclosure, argue it was inadvertent, and challenge the "confidential" designation given to the documents. After consideration, Nextrade's motion to enforce the protective order and for sanctions is DENIED.

Accordingly, it is hereby

ORDERED:

1.      Nextrade's motion to enforce protective order and for entry of sanctions (doc. 231)

is DENIED.

DONE AND ORDERED at Tampa, Florida on April 7, 2006.

/s/ Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE